HAIST, Respondent, v. CANAL-BOAT CITY OF JOLIET, Appellant.

1. Grassmuck v. Atwell, (23 Mo. 63,) affirmed.

*Appeal from St. Louis Law Commissioner's Court.*

*M. L. Gray*, for appellant.
*A. W. Lewis*, for respondent.

SCOTT, Judge. This case is in all respects like that of Grassmuck v. Atwell. (23 Mo. 63.) The judgment will be reversed, and the cause remanded.